# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )        CASE NO. 8:11CR330

        )

        Plaintiff,    )

        )

        vs.    )        TENTATIVE FINDINGS

        )

VENANCIO DUARTE-SALAZAR,    )

        )

        Defendant.    )

The Court has received the Presentence Investigation Report ("PSR") and the Defendant's objections thereto (Filing No. 31).  The government has adopted the PSR (Filing No. 30).  *See* Order on Sentencing Schedule, ¶ 6.  The Court advises the parties that these Tentative Findings are issued with the understanding that, pursuant to *United States v. Booker,* 543 U.S. 220 (2005), the sentencing guidelines are advisory.

The Defendant objects to the 2-level enhancement under U.S.S.G. § 2D1.1(b)(1) (dangerous weapon) in ¶ 32.  The Court notes that the objection was apparently not initially submitted to the Probation Officer as required under the Order on Sentencing Schedule. The objection will be heard at sentencing.

IT IS ORDERED:

1.    The Defendant's objections to ¶ 32 of the PSR will be heard at sentencing;

2.    If **any** party wishes to challenge these tentative findings, the party shall immediately file in the court file and serve upon opposing counsel and the Court a motion challenging these tentative findings, supported by (a) such evidentiary materials as are required (giving due regard to the requirements of the local rules of practice respecting the submission of evidentiary materials), (b) a brief as to the law, and (c) if an evidentiary

hearing is requested, a statement describing why an evidentiary hearing is necessary and an estimated length of time for the hearing;

3.      Absent submission of the information required by paragraph 2 of this Order, my tentative findings may become final; and

4.      Unless otherwise ordered, any motion challenging these tentative findings shall be resolved at sentencing.

DATED this 22nd day of March, 2012.

BY THE COURT:

s/ Laurie Smith Camp
Chief United States District Judge